SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Harvard Business Park, LLC<br><br>    Defendant | Case No. **2:11-cv-00201-MCE-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 18, 2011 FOR DEFENDANT HARVARD BUSINESS PARK, LLC TO RESPOND TO COMPLAINT; ORDER THEREON |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Harvard Business Park, LLC, by and through their respective attorneys of record, Scott N. Johnson; Daniel J. Foster, stipulate as follows:

1. An extension of time has been previously obtained for Defendant Harvard Business Park,

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

LLC until March 28, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Harvard Business Park, LLC is granted an extension until April 18, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Harvard Business Park, LLCs' response will be due no later than April 18, 2011.

IT IS SO STIPULATED effective as of March 29, 2011

Dated:   March 29, 2011                /s/Daniel J. Foster_  ___
                                       Daniel J. Foster,
                                       Attorney for Defendant
                                       Harvard Business Park,
                                       LLC


Dated:   March 29, 2011                /s/Scott N. Johnson  ____
                                       Scott N. Johnson,
                                       Attorney for Plaintiff

**IT IS SO ORDERED** that Defendant Harvard Business Park, LLC shall have until April 18, 2011 to respond to complaint.

**IT IS FURTHER ORDERED** that there will be no further extensions for Defendant Harvard Business Park to respond to the complaint.

Date:   April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE